**IN THE UNITED STATES BANKRUPTCY COURT
FOR EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **IN RE:** | ) |
| **LIMERICK DINING CORP.** | ) Chapter 11 |
| **DEBTOR** | ) |
|  | ) Case No. 20-14626-amc |
|  | ) |

**ORDER GRANTING DEBTOR AN EXTENSION OF TIME WITHIN WHICH TO FILE SCHEDULES AND LIST**

This matter came to be heard upon the motion (the "Motion")[1] of Limerick Dining Corp. ("LDC" or "Debtor") for entry of an order, pursuant to § 521 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code") and Rule 1007(a) & (c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), granting Debtor an extension of time within which to file its schedules and statements of financial affairs (collectively, the "Schedules") and its list of equity security holders, (the "List"); the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; due notice of the Motion having been provided to (1) the Office of the United States Trustee for the United States Bankruptcy Court for the Eastern District of Pennsylvania; (2) counsel for Parke Bank (the "Bank"); (3) Debtor's twenty (20) largest unsecured creditors; and (4) the Internal Revenue Service; and it appearing that no other or further notice need be provided; the Court having determined that the relief sought in the Motion is in the best interests of Debtor, its creditors, and all parties in interest; upon the Motion and all of the proceedings before this Court; and after due deliberation and sufficient cause appearing therefore, it is hereby

---

[1] Any capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Debtor's time within which to file the Schedules and List is extended for an additional forty-five (45) days from December 17, 2020 through and including February 1, 2021; and it is further

**ORDERED** that the extension of time to file the Schedules and List is without prejudice to Debtor's ability to request additional time should it become necessary; and it is further **ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated this _____ day of December, 2020.

**Date: December 17, 2020**

_____
Honorable Ashely M. Chan
United States Bankruptcy Court Judge